NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DSS, INC., FKA DOCUMENT SECURITY SYSTEMS, INC.,**
*Appellant*

**v.**

**SEOUL SEMICONDUCTOR CO., LTD., SEOUL SEMICONDUCTOR, INC.,**
*Appellees*

---

2022-1372

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2020-00938.

---

## JUDGMENT

---

MATTHEW J. SMITH, Remenick PLLC, Washington, DC, argued for appellant. Also represented by JAMES REMENICK; PAUL ANTHONY KROEGER, BRIAN DAVID LEDAHL, Russ August & Kabat, Los Angeles, CA.

ETAI LAHAV, Radulescu LLP, New York, NY, argued for appellees. Also represented by JONATHAN AUERBACH, DAVID C. RADULESCU, BRYON T. WASSERMAN.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (REYNA, CUNNINGHAM, *Circuit Judges,* and ALBRIGHT, *District Judge*[1]).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

April 5, 2024
Date

Jarrett B. Perlow
Clerk of Court

---

[1]     Honorable Alan D Albright, District Judge, United States District Court for the Western District of Texas, sitting by designation.